# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JASON LAVET BETHUNE,

        Plaintiff,

v.

INDEPENDENT SCHOOL DISTRICT 196,
and EAGAN POLICE DEPARTMENT,

        Defendants.

Civil No. 19-3122 (JRT/HB)

**ORDER ON REPORT AND RECOMMENDATION**

Jason Lavet Bethune, 1812 Oakdale Avenue, Apt 211, West St. Paul, MN 55118, *pro se* plaintiff.

The Report and Recommendation of the United States Magistrate Judge was filed on February 27, 2020. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. This action IS **DISMISSED without prejudice** for lack of subject-matter jurisdiction;

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Docket No. 2] IS **DENIED as moot**; and

4. Plaintiff's motion seeking the appointment of a trustee and/or receiver [Docket No. 3] is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 1, 2020
at Minneapolis, Minnesota

           s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court